UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDERS TRON-HAUKEBO, | CASE NO. C23-5691JLR |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, et al., | |
| Defendants. | |

## I.  INTRODUCTION

Before the court are two motions filed by Plaintiff Anders Tron-Haukebo, who is proceeding *pro se* and *in forma pauperis* ("IFP") in this action:  (1) a motion for leave to serve Defendants the Washington State Department of Transportation ("WSDOT") and Washington State Ferries ("WSF") (together, "Defendants") by certified mail (Service Mot. (Dkt. # 7)) and (2) a motion to reassign this action from the Tacoma Division of this District to the Seattle Division (Division Mot. (Dkt. # 8)).  Although Mr. Tron-Haukebo's

ORDER - 1

motions are noted for consideration on September 1, 2023 (*see* Dkt.), the court sees no reason to delay a decision on the motions because Defendants have not yet been served with the summons and complaint in this action. *See* Fed. R. Civ. P. 1 (directing district courts to construe and administer the the Federal Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding"). The court has considered Mr. Tron-Haukebo's motions, the relevant portions of the record, and the governing law. Being fully advised, the court GRANTS in part Mr. Tron-Haukebo's motion for leave to serve Defendants by certified mail and DENIES his motion to reassign this action from the Tacoma Division to the Seattle Division without prejudice to renewing it after Defendants appear in this action.

## II. ANALYSIS

The court first considers Mr. Tron-Haukebo's motion for leave to serve Defendants by certified mail, then considers the motion to reassign this action to the Seattle Division.

**A.     Motion for Leave to Serve by Certified Mail**

Mr. Tron-Haukebo asks the court for leave to serve Defendants by certified mail because he is indigent. (Service Mot.) He argues that it would be in the interest of justice to allow him to serve by mail rather than by personal service. (*Id.*)

In an action brought by a plaintiff who is proceeding IFP, "the officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). Federal Rule of Civil Procedure 4(c)(3) further provides, "[a]t the plaintiff's request the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by

the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis . . . ." Fed. R. Civ. P. 4(c)(3). Therefore, rather than permit Mr. Tron-Haukebo to serve Defendants by certified mail, the court will order the U.S. Marshals Service to effectuate service.

**B.     Motion to Reassign to the Seattle Division**

Mr. Tron-Haukebo "moves that this matter be heard and resolved by the U.S. District Court sitting in Seattle." (Division Mot.) He argues that reassignment to the Seattle Division is appropriate because Defendants "have offices in and near Seattle, Washington" and because travel from his home in Sequim, Washington to Seattle is "more easily accomplished" using public transportation than travel from his home to Tacoma. (*Id.*) The court declines to consider Mr. Tron-Haukebo's motion to reassign this action to the Seattle Division before Defendants have had the opportunity to respond to it. Accordingly, the court denies this motion without prejudice to Mr. Tron-Haukebo renewing the motion after Defendants have appeared in this action.

### III.     CONCLUSION

For the foregoing reasons, the court GRANTS in part Mr. Haukebo's motion for leave to serve Defendants by certified mail (Dkt. # 7) and DENIES without prejudice his motion to reassign this action from the Tacoma Division of this District to the Seattle Division (Dkt. # 8). The court ORDERS:

1) The Clerk shall provide a copy of Mr. Tron-Haukebo's complaint (Dkt. # 6), the summonses (Dkt. # 9), and this order to the United States marshal or deputy marshal within five (5) days of the date of this order;

ORDER - 3

2) The United States marshal or deputy marshal shall serve Defendants with a copy of the applicable summons and the complaint within 30 days of the date of this order; and

3) Mr. Tron-Haukebo may file a new motion to reassign this case from the Tacoma Division to the Seattle Division after Defendants appear in this action.

Dated this 16th day of August, 2023

JAMES L. ROBART
United States District Judge